## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:17-cr-00006 |
| | ) | Judge Trauger |
| CHARLES SHAWNDALE MCCORD | ) | |

## ORDER

Pending before the court are the Defendant's Motion To Dismiss Indictment (Docket No. 24), and the Government's Response (Docket No. 29). For the reasons set forth in the accompanying Memorandum, the Motion To Dismiss Indictment (Docket No. 24) is DENIED.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge